UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    1:00cr15-004-SPM

LINDA WILSON

_____/

## WRIT OF ATTACHMENT

IN CONSIDERATION of the Petition for Writ of Attachment filed by the United States of America, and finding that the defendant has an identified asset than can be identified, located, seized and applied toward an outstanding debt of restitution,

IT IS HEREBY ORDERED that the United States Marshal shall continue to seize and hold until further order of this Court, the sum of $100,188.82, being the sum, with interest, originally deposited by the defendant with the Clerk of Court as a portion of defendant's appearance bond.  The defendant shall have thirty (30) days from the date of the Marshal's Return of this Writ to file any claim for relief as provided by 18 U.S.C. 3102.

DONE and ORDERED this 20th day of October, 2005.

_s/ Stephan P. Mickle_____

Stephan P. Mickle
United States District Judge

Marshal's Return

On _____, the undersigned representative of the

United States Marshal seized and held and will continue to hold the sum of

$100,188.82 until further order of the Court.

_____

_____
Title


Copies to:    Linda Wilson                      William Sheppard, Esq,
              19 Hilltopper Court                  215 Washington Street
              Blythewood, South Carolina 29016    Jacksonville, Florida 32202