IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:00-cr-00015-SPM-AK

LINDA WILSON,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on Doc. 1106, Motion to Vacate under 28 U.S.C. § 2255, by Linda Wilson, with attached memorandum of law, and Docs. 1152 and 1162, which are supplements to the motion. The Government has filed its response, Doc. 1169, and Correction, Doc. 1172. Defendant has been released from custody and is presently being supervised in South Carolina. Docs. 1200 & 1207.

The sole issue in the motion to vacate is whether the Court improperly sentenced Defendant "in excess of that allowed by law based on facts not admitted or found by jury, in violation of Sixth Amendment." Doc. 1106 at 5. Defendant's claims are foreclosed from review, as *Booker* has not been made retroactive to cases on collateral review. *Varela v. United States*, 400 F.3d 864 (11th Cir. 2005); *In re Anderson*, 396 F.3d 1336 (11th Cir. 2005).

*Page 2 of 2*

In light of the foregoing, it is respectfully **RECOMMENDED** that the motion to vacate, Doc. 1106, be **DENIED**.

**IN CHAMBERS** at Gainesville, Florida, this  *21st*  day of June, 2007.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.