IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                              CASE NO.: 1:00cr15-SPM

LINDA WILSON,
     Defendant.
_____/

## ORDER

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 1215) dated June 21, 2007. Defendant has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 1215) is ADOPTED and incorporated by reference in this order.

2. The motion to vacate sentence under § 2255 (doc. 1106) is denied.

DONE AND ORDERED this 31st day of July, 2007.

                                             *s/ Stephan P. Mickle*
                                             Stephan P. Mickle
                                             United States District Judge