UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  1:00cr15-004-SPM

LINDA WILSON

_____/

ORDER

IN CONSIDERATION of the government's second petition for writ of attachment, alleging that defendant tendered $5,000.00 as a fee to file a claim and cost bond and finding that said money being held by the United States Marshal should be applied toward the order of restitution in accordance with 18 U.S.C. § 3664(k) and (n);

IT IS HEREBY ORDERED that the United States Marshal shall transfer and pay $5,000.00 to the Clerk of Court.

IT IS FURTHER ORDERED that the Clerk of Court shall apply these funds toward restitution payments to the victims.

DONE AND ORDERED this 15th day of August 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge