UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  1:00cr15-SPM

WILLIAM H. BLACK, et al.
_____/

ORDER

BEFORE THE COURT is the government's motion for a writ of attachment or, alternatively, a motion for an order directing transfer of funds.  Doc. 1221. The government contends that there are outstanding restitution balances owed by the defendants. The Court is also advised that the United States Marshals Service is holding $25,000.00 which was seized (tendered by counsel) along with $2,500.00 in the form of a claim and cost bond.

The Marshals Service has expenses totaling $203.04.  The government has requested that the total amount held by the Marshals Service, $27,500.00, less the Marshals Service's expenses should be transferred to the Clerk of Court for distribution to the victims.  The certificate of service contained in the government's motion indicates that copies were mailed to the defendants as well as to counsel for defendant Linda Wilson and to the firm which tendered the

funds.  Having received no objection, the government's motion is GRANTED.

IT IS HEREBY ORDERED that the Marshals Service shall transfer and pay to the Clerk of Court the sum of $27,296.96.

IT IS FURTHER ORDERED that the Clerk of Court shall distribute the $27,296.96 to the victims as ordered in the judgments of conviction.

DONE AND ORDERED this 24th day of September, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge