UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                          Case No.: 1:00cr15 – SPM

LINDA WILSON,

    Defendant.
_____/

**ORDER GRANTING MOTION TO ADOPT
AND DENYING CORAM NOBIS RELIEF**

This cause comes before the Court on Defendant's motion to adopt William H. Black's petition for writ of coram nobis. Doc. 1299. Upon consideration, it is

    ORDERED AND ADJUDGED:

    1.    The motion to adopt (doc. 1299) is granted.

    2.    For the same reasons stated in the order denying coram nobis relief to Black (doc. 1298), coram nobis relief is denied to Defendant Wilson.

    DONE AND ORDERED this 18th day of August, 2010.

                          *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          Chief United States District Judge